**Order entered April 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00230-CV

**GREAT AMERICAN LLOYDS INSURANCE COMPANY, ET AL., Appellants**

**V.**

**VINES-HERRIN CUSTOM HOMES L.L.C., ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-03-6903**

## ORDER

We **GRANT** appellant's April 13, 2015 unopposed motion to transfer records. We **DIRECT** the Clerk of this Court to transfer the clerk's record, two supplemental clerk's records, reporter's record, and supplemental reporter's record from appellate cause number 05-10-00007-CV into this appeal.

/s/ ELIZABETH LANG-MIERS
   JUSTICE